UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Mary L. Cooper |
| v. | : | Indictment Number 08-660 (MLC) |
| NESHA SHULZ | : | <u>ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Peter Katz, Assistant U.S. Attorney, appearing), and defendant Nesha Sultz (Brian Reilly, Esq., appearing), for an order amending the caption of the case to read: United States of America v. Nesha Sultz, as the parties agree that the correct spelling of the defendant's last name is Sultz.

IT IS, therefore, on this 26th day of September, 2008,

ORDERED that the caption of the above referenced criminal matter shall be amended to read: United States of America v. Nesha Sultz

_____
HON. MARY L. COOPER
United States District Judge